498 A.2d 833

Joseph TAYLOR

v.

OXFORD LAND, INC., Petitioner.

Supreme Court of Pennsylvania.

Sept. 30, 1985.

Petition for Allowance of Appeal GRANTED, No. 82 W.D. Appeal Docket 1985.